# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NATHANIEL PARKER**
      **Petitioner**

    **United States District Court**
    **Criminal No. 00 – 315 - 01**

**vs.**

**UNITED STATES Of AMERICA**
      **Respondent**

    **United States District Court J.**
    **Mitchell S. Goldberg**

---

## PETITIONER'S PETITION REQUESTING THE COURT TO EXPEDITE ALL PENDING MATTERS RELATED TO PETITIONER'S RENEWED MOTION FOR ORDER NUNC PRO TUNC

---

**To The Honorable Judge**

**NOW COMES, Petitioner Nathaniel Parker (Pro Se),** who respectfully moves

this Honorable Court requesting that all pending matters related to

petitioner/defendant's **"Renewed Motion for Order Nunc Pro Tunc"** be

expedited. This petition is being submitted because the petitioner's motions and

related proceedings have been pending before this Honorable Court since **(May 4,**

**2010)** with all due respect unreasonably long. Petitioner/Defendant's initial motion

to the court is one which is actionable based upon a priori the former Judge Bruce

W. Kauffman court, requesting this court to journalize Judge Kauffman's previous

in court **"forfeiture ruling"(Docket # 94)** <u>To Wit Defendant's Motion for</u>

<u>Immediate Return of All Properties</u> Seized Criminal Action # 00 – 315 – 01 in

favor of the instant petitioner/defendant, addressed during the sentencing phase of

the proceedings on **(January 15, 2002) Filed (January 23, 2002)** with the clerk's

office.


    **And of course,** while all of this has been pending the U.S. Attorney's Office

was fully aware of Judge Kauffman's in court ruling and failed under its sworn

constitutional oath and professional duties, but instead engaged in an "act or

omission tending to obstruct or interfere with the orderly administration of justice,

impaired the dignity of the court or respect for its authority." Subsequently, it is

also the U.S. Attorney's Office obligations to aid the court, apparently there is

clear evidence of contumacy, this case should have been resolved years ago. The

amount of U.S. currencies involved absent of federal interest rates on the ($) dollar

is approximately; **($748.96),** which the U.S. Attorney's Office claims that the

monies is being held by the City of Coatesville, Pa. Police Department, did in fact

**(2)**

waived jurisdiction over any materials or evidence regarding this case through the Chester County District Attorney's Office as of **(May 2000).**   And to further add all court ordered pleadings has been submitted to this court since **(March 2011)** with the exception of the Petitioner's Request for Appointment of Counsel in regards of this matter.

**WHERFORE,** The instant Petitioner Nathaniel Parker, (Pro Se) Crim. Action No. 2:00-cr-00315-01 hereby submit and requests this Honorable Court **Mitchell S. Goldberg,** to expedite all pending matters related to petitioner's renewed motion for order nunc pro tunc, and journalize former Judge **Bruce W. Kauffman's January 15, 2002 in court order** and order the U.S. Office to immediately collect all remaining U.S. currencies in the amount of ($748.96) and return it to the petitioner.

Date: _June 26 2012_                      **Respectfully Submitted,**

**Nathaniel Parker**
**Legal Review ReSearch & Studies**
**703 Christian Street**
**Cheraw, South Carolina 29520-2223**

**Tel. No. (610) 441 - 5075**

(3)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing

PETITIONER'S PETITION REQUESTING THE COURT TO EXPEDITE ALL

PENDING MATTERS RELATED TO PETITIONER'S RENEWED MOTION

FOR ORDER NUNC PRO TUNC was served upon the following(s) as indicated

below by First Class U.S. Mail services on this _26_ day of _June_

**2012**.

**The Honorable Judge**
Mitchell S. Goldberg
United States District Court For
The Eastern District Of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106

**United States Attorney's Office**
Att: Mr. John M. Gallagher, (AUSA)
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106-4476

**Office Of The Clerk**
Michael E. Kunz
United States District Court For
The Eastern District Of Pennsylvania
601 Market Street, Room # 2609
Philadelphia, Pennsylvania 19106-1797

Date: _June 26 2012_

**Respectfully Submitted,**

**Nathaniel Parker**
**Legal Review ReSearch & Studies**
**703 Christian Street**
**Cheraw, South Carolina 29520-2223**

**Tel. No. (610) 441 - 5075**

(4)